FILED
JUN - 4 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

5:18-cv-0994

## AFFIDAVIT

On Friday, May 11th at 11:17 am, I sent an email to the institution's warden, David Young. I informed Mr. Young that I had not received an institutional grievance form from Unit Counselor Milam or Unit Manager, Mrs. Stennett although I had so requested one for several weeks prior to the email to address an issue that arose between Mr. Milam and I. Unit Manager Stennett said that she would address the issue but failed to do so.

Around 12:30 Mr. Milam abruptly entered my cell and yelled, "here's your BP-8 motherfucker." He then threw the form on my desk and yelled, "fill it out now motherfucker, you want to file on me, watch, you're going to see what happens to motherfuckers who file on me." He then exited my cell stating that he was "going to start with your car first motherfucker," meaning other inmates from West Virginia. He then proceeded to exit, forcefully slamming my door.

Mr. Milam's aggressive and threatening demeanor startled me and left me uncontrollably shaking, frozen in fear for at least 30 minutes. This was a very traumatic experience, having been threatened and verbally assaulted by a staff member who was responsible for my well-being. Mr. Milam's entering my cell may be verified by the institution's camera system. When I finally gathered the courage to exit my cell, I was informed by inmate Cardell Covington the he heard Mr. Milam threatening to destroy the West Virginia car, or West Virginians if I filed a grievance on him.

Shortly afterwards another inmate, Timothy Berry, stated that he had overheard Mr. Milam stating that "Hill is going to find out what happens if he files on me," speaking to inmates Dortch and Kenneth White. He then stated that Mr. Milam pulled inmate White off to the side to discuss possible retaliations against me at which time Mr. White stated to Mr. Milam, "I'm too short," meaning that he woudl be released in the coming days, but that he would relay the message to his cell mate Brian Terry, another inmate from WEst Virginia.

Seemingly, Mr. Milam's plan was to have other inmates from West Virginia to intimidate me. Mr. Milam is known for paying inmates with confiscated items such as stamps, which is prison currency for performing unofficial duties. Alarmed of this information of retaliations being ordered by Officer Milam, I called my fiance, Cynthia Chaney and informed her to call the regional office to report the incident around 1:20 pm. I was also approached by another inmate who wished not to be named, but stated that he'd also heart the threats made by Officer Milam. Again alarmed by such information, I called my fiance around 1:55 pm at which time she informed me that the regional office made note of the incident and stated to her that I should continue with the grievance. This information may be verified by the prison telephone system.

After the inmate count, around 5:05 pm, I was approached by Kenneth White's cell mate, Brian Terry, who approached me as I was using the telephone. I was summoned to White and Terry's cell

number 131 where the intimidation against filing the grievance took place. This was witnessed by inmate Michael Ealm.

    The grievance was ultimately in reference to Mr. Milam's racial discrimination which violates my 14th Amendment protections and his abuse of discretion unjustly refusing my finance, Cynthia Chaney's visitation forms, violating my First Amendment right to intimate association. Mrs. Chaney's visitation forms addressed to Mr. Milam have all been refused or sent back to her because Mr. Milam simply refused them, discriminating against me and her as well. Mrs. Chaney still has those forms in the original, postmarked unopened envelopes as proof. Furthermore, I was discriminated agasinst as an American with a disability in violation of the Americans with disabilities act. Although I'm determined to be disabled and also suffer from a physical deformity and have a medical prohibition from prolonged standing or climbing, I was placed on an upper bunk and forced to climb onto it everyday. Mr. Milam has made demoralizing statements towards me in the past in front of Case Manager William Craddock in which Mr. Craddock only stated that "he said it, not me," as if he were scared of Mr. Milam.

    Ultimately, Mr. Milam's threats and enforcement of intimidation by other inmates has violated my equal protection right to be free of fear of harmful bodily contact to the point my well-being is no longer safe. Mr. Milam's actions have violated my Eighth Amenedment protections against cruel and unusual punishment as well and he should be held accountable for it. Also in furtherance of the discrimination against me, my email privileges were suspended for five months without reason affecting my oppportunity to consult with attorneys effectiveley while preparing for an appeal. Therefore, out of fear of further possible retaliations against me I will not file the grievance, but will instead submit it as evidence.

Wherefore, at this time, I wish to bring forth all legal actions both criminal and civil for the violations set forth within against all parties responsible and or negligent, that being but not limited to Officer Milam, E Stennett, David Young, the Beckley Federal Correctional Institution and the B.O.P. Due to Mr. Milam's influence over both staff members and inamtes alike, my well being is no longer free from the threat of bodily harm. I attest that all informations stated within to be true and accurate under the penalty of perjury.

Respectfully submitted,

*Jermain Hill*
JERMAIN HILL
05-16-2018

*[signature]*

*[signature]*

_____

TRULINCS 12350088 - HILL, JERMAIN SANTELL - Unit: BEC-P-A

---

FROM: 12350088
TO: Warden
SUBJECT: ***Request to Staff*** HILL, JERMAIN, Reg# 12350088, BEC-P-A
DATE: 05/11/2018 11:17:58 AM

To: warden
Inmate Work Assignment: orderly

FOR THE PAST TWO WEEKS I'VE AKED T.MILAM AND MS. STENNET FOR A BP-8 TO ADDRESS AN ISSUE THAT HAS AROSE CONCERNING MR. MILAM. NIETHER HAS PROVIDED ME WITH THIS FORM, THIS IS CLEARLY AN ABUSE OF POWER AND AGAINST POLICY PROCEDURE. I HAVE AN ATTORNEY COMMING THIS COMMING WEEK, IF NECESSARY I WILL REEFFER THIS MATTER TO HIM. I WOULDE FURTHERMORE REQUEST A SENSITVE BP-9 IF THE MATTER ISNT FURTHERMORE HANDLED PROPERLY!!

Today is friday May 25th, it has been two weeks since this email was sent to the Warden David Young without a response. It is clear that the matter mentioned in the e-mail to Mr. Young is clearly being ignored and that Mr. Milam has a great influence over both staff members and inmates alike. I was informed by the regional office to address the matter to the warden and if he failed to address the issue that they would "handle it". If you cant rely on the warden to address such an issue, who can one trust in such a situation? This is clearly neglegence on his behalf and against policy and Procedure, Therefore I have no other choice but to file the affidavit concerning the matter.

5-25-2018
Jermain Hill
# 12350-088



| | | | |
|---|---|---|---|
| **Individualized Reentry Plan - Program Review (Inmate Copy)** | | SEQUENCE: 01954755 | |
| Dept. of Justice / Federal Bureau of Prisons | | Team Date: 03-22-2018 | |
| Plan is for inmate: HILL, JERMAIN SANTELL 12350-088 | | | |

| | | | |
|---|---|---|---|
| Facility: | BEC BECKLEY FCI | Proj. Rel. Date: | 01-19-2020 |
| Name: | HILL, JERMAIN SANTELL | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 12350-088 | DNA Status: | ASH04338 / 06-24-2015 |
| Age: | 38 | | |
| Date of Birth: | ▇▇▇1979 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BEC | PAL ORD PM | PINE A LOWER PM DETAIL | 09-29-2017 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BEC | ESL HAS | ENGLISH PROFICIENT | 06-23-2015 |
| BEC | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-23-2015 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

*NO COURSES*

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 06-18-2015 |
| CARE2 | STABLE, CHRONIC CARE | 09-13-2017 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | 10-11-2017 |
| HGT RESTR | NO LADDERS/NO UPPER BUNK | 10-11-2017 |
| NO F/S | NO FOOD SERVICE WORK | 10-11-2017 |
| NO PAPER | NO PAPER MEDICAL RECORD | 10-03-2017 |
| OTHER | OTHER MEDICAL RESTRICTION | 10-11-2017 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 10-11-2017 |
| SOFT SHOES | SOFT SHOES ONLY | 10-11-2017 |
| STAND RSTR | NO PROLONGED STANDING | 10-11-2017 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 10-12-2017 |
| ED PART R | DRUG EDUCATION PARTICIPNT-REQD | 03-13-2018 |
| NR WAIT | NRES DRUG TMT WAITING | 01-25-2018 |

### FRP Details

Most Recent Payment Plan

| | | | |
|---|---|---|---|
| FRP Assignment: | PART | FINANC RESP-PARTICIPATES | Start: 10-30-2017 |
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $50.00 | Obligation Balance: $50.00 | |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

